Troy Dewyon DREW, Plaintiff—Appellant,

v.

Dean W. SWORD, Jr., Justice, Defendant—Appellee.

No. 05–6182.

United States Court of Appeals, Fourth Circuit.

Submitted: March 10, 2005.

Decided: March 15, 2005.

Troy Dewyon Drew, Appellant pro se.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Dewyon Drew appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Drew v. Sword,* No. CA–04–640 (E.D.Va. Jan. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*